**08CR 0108**

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE DER-YEGHIAYAN | Sitting Judge if Other Than Assigned Judge | ~~Maria Valdez~~ |
|---|---|---|---|
| CASE NUMBER | 06 GJ 651 | DATE | FEBRUARY 5, 2008 |
| CASE TITLE | US v. LARRY MELVIN, SHAUN CHANEY, MARIA VEGA and MARY DOCHEE | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL AUGUST 2006 Session, a quorum being present, returns the above entitled indictment in open court this date before

Judge or Magistrate Judge _Maria Valdez_

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO ALL DEFENDANTS.

**FILED**
FEB 05 2008    FEB - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                  UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#