UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>LARRY MELVIN, )<br>SHAUN CHANEY, )<br>MARIA VEGA and )<br>MARY DOCHEE ) | No.   08 CR 108<br><br>Judge Samuel Der-Yeghiayan |

## ADDITION OF COUNSEL

Please take notice that Assistant United States Attorney Megan Cunniff Church has been added to the list of counsel appearing on behalf of the United States to receive CM/ECF notifications.

                                                  Respectfully submitted,

                                                  PATRICK J. FITZGERALD
                                                  United States Attorney

                               By:    /s/ Megan Cunniff Church
                                                  Megan Cunniff Church
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 886-1173

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that this document was served on February 6, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

/s/ Megan Cunniff Church
Megan Cunniff Church
Assistant United States Attorney
